

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION

Appellate case name:        Blake Anthony Monakino v. The State of Texas

Appellate case number:     01-14-00361-CR

Trial court case number:    1397016

Trial court:                      174th Judicial District Court of Harris County

On April 16, 2015, this Court had granted appellant's counsel's "Motion to Abate Appeal," ordering the reporter to file a supplemental reporter's record certification, and the trial clerk to file a supplemental clerk's record containing the amended certification clarifying appellant's right of appeal. On July 9, 2015, appellant filed a "Motion For Order Requiring Clerk To Comply With This Court's Previous Order April 16, 2015," noting that only the reporter had timely complied with this Court's Order, but that the trial clerk had not yet filed the requested supplemental clerk's record.

Accordingly, appellant's motion is **GRANTED**, and the trial court is **ORDERED** to execute an amended certification clarifying appellant's right of appeal, and the trial clerk is **ORDERED** to file a supplemental clerk's record with that amended certification. *See* TEX. R. APP. P. 25.2(a)(2), (d), 34.5(c)(2). On remand, the trial court may, but does not need to, conduct another hearing or have appellant present or sign the certification.

The supplemental clerk's record containing the amended certification shall be filed with this Court **no later than 15 days** from the date of this Order, if no hearing is held, or **15 days** from the date of the hearing if one is held. *See* TEX. R. APP. P. 34.5(c)(2), (3). If the trial court holds a hearing, the court shall have a reporter record the hearing and file a supplemental reporter's record with this Court within 30 days of the hearing.

Because appellant is represented by counsel, his *pro se* motion for an oral argument, filed on June 30, 2015, is **DISMISSED**. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (no entitlement to hybrid representation).

It is so **ORDERED**.

Judge's signature: /s/ Evelyn V. Keyes
                              ☒ Acting individually      ☐ Acting for the Court
Date: August 4, 2015